UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIKA RODRIGUEZ-ALVAREZ (A# 215-708-340),

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

No. 1:26-cv-03224 DJC SCR

ORDER

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 32. Petitioner filed a supplement, which the Court construes as objections to the findings and recommendations, arguing that her removal does not moot the case and asks the Court to award relief. ECF No. 33.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Specifically, the Court agrees that Petitioner's

removal has rendered these proceedings moot as Petitioner is no longer in custody. Any collateral consequences identified in Petitioner's supplement are not capable of being remedied by this Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 32) are adopted in full.
2. Respondent's motion to dismiss (ECF No. 30) is GRANTED.
3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED.
4. Petitioner's emergency request for immediate release (ECF No. 14) and Respondent's motion to dismiss (ECF No. 17) are DENIED as moot.
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE